**Order entered July 3, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00667-CV

## TEJAS MOTEL, L.L.C., Appellant

## V.

## CITY OF MESQUITE, ACTING BY AND THROUGH ITS BOARD OF ADJUSTMENT, Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-16933**

## ORDER

Before the Court is appellant's July 1, 2019 unopposed motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** appellant's opening brief due by July 8, 2019.

/s/     BILL WHITEHILL
         JUSTICE